UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 17-cr-20732
                                      Hon. Matthew F. Leitman

v.

NEIL BURKE,

        Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO
ALLOW DR. SHIENER, AND HIS ASSISTANT,
INTO THE JAIL FOR A PSYCHIATRIC EVALUATION**

Upon Defendant's request:

**IT IS HEREBY ORDERED** that Dr. Gerald Shiener, M.D., and his assistant, be allowed into lockup at the Midland County Jail, Michigan, for the purpose of conducting an evaluation of Defendant, Neil Burke;

**IT IS FURTHER ORDERED** that Dr. Shiener be permitted to bring the necessary items for the mental health evaluation, including a laptop computer, testing equipment, blocks, pictures, cards and books, and other testing materials;

**IT IS FURTHER ORDERED** that Dr. Shiener be allowed to examine Mr. Burke in a private, confidential area, and that he be permitted to meet with him for the necessary time to conduct a complete a mental health assessment; and that Dr.

1

Shiener be allowed access to any and all mental health records in existence maintained by the jail.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   January 10, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764